Matthew R. Price (SBN 273479)
mprice@duquelaw.com
Law Offices of Brent A. Duque, APC
3300 Irvine Avenue, Suite 225
Newport Beach, CA 92660
Tel.:   949-336-1530
Fax:   949-336-4555

Attorneys for Plaintiff,
SHARON COONS

Tina Broccardo Van Dam (State Bar No. 209732)
tvandam@mgmlaw.com
Ryan L. Rystad (State Bar No. 317000)
rrystad@mgmlaw.com
MANNING GROSS + MASSENBURG LLP
400 Spectrum Center Drive, Suite 1450
Irvine, CA 92618
Tel.:   949-892-4700
Fax:   949-892-4701

Attorneys for Defendant,
PILOT TRAVEL CENTERS, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON COONS, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>PILOT TRAVEL CENTERS, a Limited Liability Corporation; KARL SALISBURY, an Individual; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 2:20-CV-02063-MCE-KJN<br><br>Assigned for All Purposes to:<br>Hon. Judge Morrison C. England, Jr.<br><br>**JOINT STIPULATION TO AMEND INITIAL PRETRIAL SCHEDULING ORDER AND ORDER**<br><br>Complaint Filed:  October 16, 2020<br>Trial Date:  Not Set |

Pursuant to Fed. R. Civ. P. 16(b)(4), Fed. R. Civ. P. 6(b), L.R. 143(a)(1), and L.R. 144(a), plaintiff SHARON COONS (hereinafter "Plaintiff") and defendant

1

PILOT TRAVEL CENTERS, LLC (hereinafter "Defendant"), through their respective counsel of record (hereinafter collectively the "Parties"), jointly submit the following stipulation to amend the October 16, 2020 Scheduling Order (Doc. No. 4), to continue discovery deadlines to complete discovery and complete mediation.

## I. SYNOPSIS OF CASE

On or about July 9, 2020, Plaintiff filed a civil complaint against Defendant in the Superior Court of California, County of Yolo, Case No. P020-937. Declaration of Ryan L. Rystad ("Rystad Decl."), ¶ 2; Exh. A; Plaintiff's complaint. Plaintiff alleges that on January 24, 2019, she was lawfully on Defendant's property located at 30035 Rd. 8, Dunningan, California, when she stripped and fell over a hose that was being negligently used by Defendant's employee, sustaining personal injuries. Rystad Decl., ¶ 2-3; Exh. A; Plaintiff's complaint; pp. 3-4.

On October 15, 2020, Defendant filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Doc. No. 1. On October 15, 2020, Defendant filed its Answer. Doc. No. 5.

### A. Discovery & New Counsel

On March 9, 2021, Plaintiff served her responses to Defendant's Special Interrogatories, Set One, and Request for Production of Documents, Set One. Rystad Decl., ¶ 6. On July 26, 2021, Defendant served a Notice of Deposition of Plaintiff with Request for Production of Documents, set for August 12, 2021, at 10:00 a.m. Rystad Decl., ¶ 7; Defendant's Notice of Plaintiff's Deposition; Exh. B. However, Plaintiff was not deposed. Rystad Decl., ¶ 8.

Approximately on August 5, 2021, Defendant's counsel was notified by an attorney from Sherman Oaks that she also was representing Sharon Coons, despite no Association of Attorney or Substitution of Attorney being filed with the Court. Ibid. Defendant's counsel requested an Association of Attorney or Substitution of Attorney to communicate further regarding privileged or otherwise confidential

information.  Ibid.  However, no applicable Association of Attorney or Substitution of Attorney was filed on behalf of the Sherman Oaks based attorney. Ibid.

During this same time period, from approximately August 23, 2021 to September 9, 2021, Defendant's counsel was contacted by a Los Angeles attorney requesting to discuss the matter.  Rystad Decl., ¶ 9.  However, again Defendant's counsel requested an Association of Attorney or Substitution of Attorney to be filed with the Court prior to engaging in any substantive discussions of privileged or otherwise confidential information.  Ibid.

On March 24, 2022, Defendant's counsel called Ms. Laiken, Plaintiff's counsel of record, and left a voicemail to determine if she was still handling the case. Rystad Decl., ¶ 10.  On April 6, 2022, Defendant's counsel spoke to Guadalupe at Ms. Laiken's office who informed us that Ms. Laiken had filed a Substitution of Attorney although no such document was filed with the Court. Rystad Decl., ¶ 11.

On May 16, 2022, a Substitution of Attorney and Proposed Order was filed by Matthew R. Price of Law Offices of Brent A. Duque on behalf of Plaintiff. Doc. No. 10.  On May 25, 2022, the Consent Order Granting Substitution of Attorney was entered. Doc. No. 11.  Since the recent substitution of Mr. Price in the matter, both Parties met and conferred on Plaintiff's past and future recommended treatment, deposing Plaintiff during the month of August 2022, and setting mediation to determine if the Parties can resolve the matter. Rystad Decl., ¶ 14.

## II. STIPULATION OF PARTIES TO CONTINUE ALL DISCOVERY DATES BASED ON GOOD CAUSE

The Parties stipulate to a short continuance of the discovery deadlines in order to allow sufficient time for the Parties to complete necessary discovery and mediation prior to advancing to trial.  Fed. R. Civ. P. 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Moreover, pursuant to the October 16, 2020 Scheduling Order, it states:

"The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of **good cause**. Agreement by the parties pursuant to stipulation alone to modify the Initial Pretrial Scheduling Order does not constitute good cause. Except in extraordinary circumstances, unavailability of witnesses or counsel will not constitute good cause."

In the present matter, good cause exists for the extension because the Parties need additional time to complete necessary discovery and mediation. Rystad Decl., ¶ 14. Due to inadvertent delays in Plaintiff obtaining new counsel, the Parties respectfully request a short continuance to adequately prepare the matter for resolution. Ibid. The Court has not granted any previous extensions. Ibid. A short continuance of all deadlines will allow the Parties to conclude written discovery, complete any necessary deposition, including that of Plaintiff, and finalize any additional expert related discovery. Ibid.

With the requested continuance, the Parties will continue to negotiate while conducting discovery to determine if the Parties can settle the matter. Ibid. To this end, the Parties stipulate and respectfully propose an extension to complete discovery and complete mediation, as follows:

| Event | New Date & Time |
|---|---|
| Non-expert discovery deadline: | January 20, 2023 |
| Expert Disclosures deadline: | March 21, 2023[1] |
| Supplemental Expert Disclosures deadline: | April 20, 2023[2] |
| Dispositive Motion Deadline: | July 19, 2023[3] |
| Settlement Conference: | None Set |

---

[1] Sixty (60) days after January 20, 2023 is March 21, 2023.
[2] Thirty (30) days after March 21, 2023 is April 20, 2023.
[3] One hundred eighty (180) days after close of non-expert discovery on January 20, 2023 is July 19, 2023.

| Joint Notice of Trial Readiness deadline: | Not sooner than May 22, 2023 if no dispositive motion filed[4] |
|---|---|

For these reasons, the Parties stipulate to amend the current discovery deadlines and respectfully request the Court amend the current Initial Pretrial Scheduling Order accordingly.

**IT IS SO STIPULATED**.

DATED:  July 25, 2022                               LAW OFFICES OF BRENT A. DUQUE, APC

By: */s/ Matthew R. Price*
Matthew R. Price
Attorneys for Plaintiff SHARON COONS

DATED:  July 25, 2022                               MANNING GROSS + MASSENBURG, LLP

By: */s/ Ryan L. Rystad*
Tina Broccardo Van Dam
Ryan L. Rystad
Attorneys for Defendant PILOT TRAVEL CENTERS, LLC..

---

[4] Approximately thirty (30) days after the close of supplemental expert discovery on April 20, 2023 if no dispositive motion is filed.

**ORDER**

Based on the foregoing, stipulation, and for good cause shown, IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order is MODIFIED, as follows:

| Event | New Date & Time |
| --- | --- |
| Non-expert discovery deadline: | January 20, 2023 |
| Expert Disclosures deadline: | March 21, 2023 |
| Supplemental Expert Disclosures deadline: | April 20, 2023 |
| Dispositive Motion Deadline: | July 19, 2023 |
| Settlement Conference: | None Set |
| Joint Notice of Trial Readiness deadline: | Not sooner than May 22, 2023 if no dispositive motion filed |

**IT IS SO ORDERED.**

Dated: July 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE