**LAW OFFICES OF BRENT DUQUE**
Matthew R. Price, Esq. (State Bar No. 273479)
3300 Irvine Ave., Ste. 225
Newport Beach, CA 92660
(949) 336-1530
Email: mprice@duquelaw.com

Attorneys for Plaintiff,
**SHARON COONS**

and

Tina Broccardo Van Dam (State Bar No. 209732)
Email: tvandam@mgmlaw.com
Ryan L. Rystad (State Bar No. 317000)
Email: rrystad@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
400 Spectrum Center Drive, Suite 1450
Irvine, CA  92618
Tel.:   949-892-4700
Fax:   949-892-4701

Attorneys for Defendant,
**PILOT TRAVEL CENTERS LLC**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON COONS, an Individual;<br><br>Plaintiffs,<br><br>vs.<br><br>PILOT TRAVEL CENTERS, a Limited Liability Company.; KARL SALISBURY, an Individual; and DOES 1-25, Inclusive Defendants. | Case No.:**2:20-CV-02063-MCE-KJN**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41; ORDER OF DISMISSAL** |

   PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff SHARON COONS and defendant PILOT TRAVEL CENTERS

LLC hereby stipulate, by and through their counsel of records, that the Court dismisses the above-entitled action, with prejudice.

Respectfully submitted:

DATED: March 20, 2023          **LAW OFFICES OF BRENT A. DUQUE, PLC**

By: */s/ Matthew R. Price*
Mathew R. Price, Esq.
Attorneys for Plaintiff,
**SHARON COONS**

DATED: March 20, 2023          **MANNING GROSS + MASSENBURG LLP**

By: */s/ Ryan L. Rystad*
Tina Van Dam
Ryan L. Rystad
Attorneys for Defendant,
**PILOT TRAVEL CENTERS LLC**

## ORDER OF DISMISSAL

Pursuant to the stipulation of plaintiff SHARON COONS and defendant PILOT TRAVEL CENTERS LLC under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action be, and hereby is, DISMISSED with prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: March 28, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE